PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHEREL BILLIE WASHINGTON, | ) Case No. 1:16-cv-1574-GSA |
|     Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **EXTEND BRIEFING SCHEDULE** |
| | ) |
| NANCY A. BERRYHILL[1] , | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 30 days to **August 23, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

There is good cause for this extension request. In particular, Defendant will be out of the office on scheduled leave from July 17 through July 26, 2017, and there are workload issues that preclude filing the responsive brief by the currently scheduled deadline. For example, counsel for Defendant is currently responsible for reviewing the excerpts of record and drafting the Commissioner's answering brief in two Social Security cases before the Ninth Circuit. Moreover, counsel for Defendant is currently responsible for drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit. Counsel for Defendant is currently preparing for a hearing in a personnel-related litigation matter pending before the Merit Systems Protection Board. Additionally, counsel for Defendant is serving on nationwide intra-agency teams charged with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST) and conducting outreach and training to the Social Security Administration's Office of Disability Adjudication and Review.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *July 13, 2017*                    LAW OFFICES OF WILLIAM M. KUNTZ

By:    */s/ Asim H. Modi for William M. Kuntz*\*
       WILLIAM M. KUNTZ
       *\*Authorized by email on July 13, 2017*
       Attorneys for Plaintiff

Date: *July 13, 2017*                    PHILLIP A. TALBERT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

By:    */s/ Asim H. Modi*
       ASIM H. MODI
       Special Assistant United States Attorney
       Attorneys for Defendant

<u>ORDER</u>

Pursuant to the above stipulation (Doc. 19), Defendant's Opposition shall be filed no later than **August 23, 2017**. Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

Dated:   **July 14, 2017**                              **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE